UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 23-110 NEB/LIB

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| v. | 18 U.S.C. § 2243(a) |
| RONALD ROYCE PEARSON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1-2
(Sexual Abuse of a Minor Under the Age of 16)

On or about August 27, 2022, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**RONALD ROYCE PEARSON,**

an Indian, did knowingly engage in a sexual act with Minor 1, a child who had not yet attained the age of sixteen years, and who was more than four years younger than the defendant, to wit:

| Count 1 | Contact between the defendant's mouth and Minor 1's vulva |
| Count 2 | Contact between Minor 1's mouth and the defendant's penis |

as defined in Title 18, United States Code, Section 2246(2), all in violation of Title 18, United States Code, Sections 2243(a), 1151, and 1153(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY          FOREPERSON



SCANNED
MAR 2 3 2023
U.S. DISTRICT COURT ST. PAUL